# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, AT CINCINNATI

| | |
|---|---|
| **AETNA GROUP USA, INC.,** | ) **Case No. 1:11-mc-00023-SAS-KLL** |
| | ) |
| **Plaintiff,** | ) **Judge: Michael R. Barrett** |
| | ) |
| **v.** | ) |
| | ) |
| **AIDCO INTERNATIONAL, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## STIPULATED ORDER RESOLVING ALL PENDING MOTIONS AND CLOSING CASE

WHEREAS, Aetna Group USA, Inc. has agreed to withdraw its motion for contempt against non-parties NS Fund I, LLC, Palligistics, LLC, Salh Khan and Olivia Khan ("Respondents") (doc. 18);

WHEREAS, Respondents have agreed to withdraw their motion for return of attorneys' fees (doc. 25);

WHEREAS, the aforementioned motions are the only pending matters in this case, and the parties have represented to the Court that no further motions will be filed;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that Doc. 18 and Doc. 25 are withdrawn; and

IT IS HEREBY ORDERED that the Clerk of Court shall close this case.

IT IS SO ORDERED this __20th__ day of February, 2013.

s/Michael R. Barrett
_____
The Honorable Michael R. Barrett
UNITED STATES DISTRICT JUDGE

**AGREED AND STIPULATED TO:**


*/s/ Wm. Daniel Davis*
Wm. Daniel Davis, Esq. *(pro hac vice)*
Georgia Bar No. 746811
**Ichter Thomas, LLC**
Suite 1530
3340 Peachtree Road, NE
Atlanta, GA 30326-1011
T: (404) 869-5243
F: (404) 869-7610
ddavis@ichterthomas.com

*Attorneys for Aetna Group USA, Inc.*

This 19th day of February, 2013.


*/s/ Robert J. Thumann*
Signed by Wm. Daniel Davis w/ permission
Robert J. Thuman, Esq.
**Crehan & Thumann, LLC**
1206 Race Street
Cincinnati, Ohio 45202

T: (513) 381-5050
F: 513-381-1700
Thumann@ctlawcincinnati.com

*Attorneys for Salh and Olivia Khan*

This 19th day of February, 2013.


*/s/ H. Toby Schisler*
Signed by Wm. Daniel Davis w/ permission
H. Toby Schisler, Esq.
**Dinsmore & Shohl, LLP**
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
T: (513) 977-8200
F: (513) 977-8141
toby.schisler@disnmore.com

*Attorneys for Respondent NS Fund I, LLC*

This 19th day of February, 2013.


*/s/ Arthur R. Hollencamp*
Signed by Wm. Daniel Davis w/ permission
Arthur R. Hollencamp, Esq.
**Hollencamp & Hollencamp**
130 W. Second Street, Suite 2107
Dayton, Ohio 45402
T: (937) 228-9179
F: (937) 228-1411
ahollencamp@hollencamp-law.com

*Attorneys for Chikol, LLC, receiver for Palligistics, LLC*

This 19th day of February, 2013.